# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

**CHARLES RICKY CHOYCE, JR., #690391** §

VS. § CIVIL ACTION NO. 5:10cv181

**ADAM VELEZ, ET AL.** §

## ORDER OF DISMISSAL

Plaintiff Charles Ricky Choyce, Jr., an inmate confined at the Telford Unit of the Texas prison system, proceeding *pro se*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Defendants' motion for summary judgment should be granted. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of the Plaintiff are without merit. Therefore the findings and conclusions of the Magistrate Judge are adopted as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendants' motion for summary judgment (docket entry #28) is **GRANTED**. It is further

**ORDERED** that complaint is **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 56. It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 18th day of July, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE